**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | **Criminal No. 25-cr-141 (TNM)** |
| | : | |
| CRISTIAN MONTECINO-SANZANA, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER OF JUDICIAL REMOVAL**

Upon the application of the United States of America, by Benjamin Helfand, Assistant United States Attorney, District of Columbia; upon the Factual Allegations in Support of Judicial Removal; upon the consent of Cristian Montecino-Sanzana ("the defendant") and upon all prior proceedings and submissions in this matter; and full consideration having been given to the matter set forth herein, the Court finds:

1. The defendant is not a citizen or national of the United States.

2. The defendant is a native and citizen of Chile.

3. On or about December 31, 2020, the defendant entered the United States without inspection at or near San Luis, Arizona.

4. The defendant was not admitted or paroled after inspection by an Immigration Officer.

5. At the time of sentencing in the instant criminal proceeding, the defendant will be convicted in the United States District Court, District of Columbia, of violating 18 U.S.C. §§ 1343, 2 and 22 D.C. Code §§ 2801, 2802.

6.      The maximum sentence for a violation of 18 U.S.C. §§ 1343, 2 is twenty years of imprisonment. The maximum sentence for a violation of 22 D.C. Code §§ 2801, 2802 is three years of imprisonment.

7.      The defendant is, and at sentencing will be, subject to removal from the United States pursuant to Section 212(a)(6)(A)(i) of the Immigration and Naturalization Act (INA), 8 U.S.C. 1182(a)(6)(A)(i), as an alien present in the United States without being admitted or paroled; and Section 212(a)(2)(A)(i)(I), 8 U.S.C. § 1182(a)(2)(A)(i)(I), as an alien who has been convicted of a crime involving moral turpitude (other than a purely political offense) or an attempt or conspiracy to commit such a crime.

8.      The defendant has waived his right to notice and a hearing under Section 238[(d)](c) of the INA, 8 U.S.C. § 1228[(d)](c).

9.      The defendant has waived the opportunity to pursue any and all forms of relief and protection from removal.

WHEREFORE, IT IS HEREBY ORDERED, pursuant to Section 238[(d)](c) of the INA, 8 U.S.C. § 1228[(d)](c), that the defendant shall be removed from the United States promptly upon his release from confinement, and that the defendant be ordered removed to Chile, or a country deemed appropriate by the Department of Homeland Security, United States Immigration and Customs Enforcement under the controlling legal authorities. The defendant agrees that a removal order will be issued against him to Chile, but he will voluntarily facilitate his departure from the United States to Chile with the supervision of the Department of Homeland Security, United States Immigration and Customs Enforcement.

3/13/26
DATE

_____
TREVOR N. MCFADDEN
UNITED STATES DISTRICT COURT JUDGE

2