**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA     :

                   :

         v.              :       **Criminal No. 25-cr-141 (TNM)**

                   :

**CRISTIAN MONTECINO-SANZANA,**   :

                   :

     **Defendant.**          :

                   :

                   :

## FACTUAL ALLEGATIONS IN SUPPPORT OF JUDICIAL REMOVAL

NOTICE IS HEREBY GIVEN TO Cristian Montecino-Sanzana ("the defendant") and to his attorney of record, Carmen Hernandez, Esq., that the United States of America alleges the following facts in support of the Notice of Intent to Request Judicial Removal:

1.     The defendant is not a citizen or national of the United States.

2.     The defendant is a native and citizen of Chile.

3.     On or about December 31, 2020, the defendant entered the United States without inspection at or near San Luis, Arizona.

4.     The defendant was not admitted or paroled after inspection by an Immigration Officer.

5.     At the time of sentencing in the instant criminal proceeding, the defendant will be convicted in the United States District Court, District of Columbia, of violating 18 U.S.C. §§ 1343, 2 and 22 D.C. Code §§ 2801, 2802.

6.     The maximum sentence for a violation of 18 U.S.C. §§ 1343, 2 is twenty years of imprisonment. The maximum sentence for a violation of 22 D.C. Code §§ 2801, 2802 is three years of imprisonment.

7.      The defendant is, and at sentencing will be, subject to removal from the United States pursuant to Section 212(a)(6)(A)(i) of the Immigration and Naturalization Act (INA), 8 U.S.C. 1182(a)(6)(A)(i), as an alien present in the United States without being admitted or paroled; and Section 212(a)(2)(A)(i)(I), 8 U.S.C. § 1182(a)(2)(A)(i)(I), as an alien who has been convicted of a crime involving moral turpitude (other than a purely political offense) or an attempt or conspiracy to commit such a crime.

WHEREFORE, pursuant to Section 238[(d)](c) of the INA, 8 U.S.C. § 1228[(d)](c), the United States of America requests that the Court, at the time of sentencing, order that the defendant be removed from the United States to Chile, or a country as deemed appropriate by the Department of Homeland Security, United States Immigration and Customs Enforcement under the controlling legal authorities. The defendant agrees that a removal order will be issued against him to Chile, but he will voluntarily facilitate his departure from the United States to Chile with the supervision of the Department of Homeland Security, United States Immigration and Customs Enforcement.

Dated: February 24, 2026.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By:              /s/_____
                 Benjamin Helfand
                 Assistant United States Attorney
                 D.C. 1658708
                 United States Attorney's Office
                 601 D Street, NW
                 Washington, D.C. 20530
                 (202) 252-7059
                 Benjamin.Helfand@usdoj.gov