**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No. 25-cr-141 (TNM)** |
| | : | |
| **CRISTIAN MONTECINO-SANZANA,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

**CONCURRENCE OF UNITED STATES IMMIGRATION AND CUSTOMS**
**ENFORCEMENT**

Based upon consideration of the applicable law and the defendant's statement, I hereby

concur, on behalf of United States Immigration and Customs Enforcement, in the United States

Attorney's request that a judicial order of removal be granted against the defendant.

Dated:              February 23, 2026

ERIC J
WEINDORF

Digitally signed by ERIC J
WEINDORF
Date: 2026.02.24 09:10:15
-05'00'

Eric J. Weindorf
Special Agent in Charge
Homeland Security Investigations, Washington, D.C.
Immigration and Customs Enforcement
U.S. Department of Homeland Security